# EXHIBIT "A"



República de Guinea Ecuatorial

Presidencia

El Ministro Encargado de Misiones

## ACUERDO DE CONTRATACION DE SERVICIOS ENTRE LA PRESIDENCIA DE LA REPÚBLICA DE GUINEA ECUATORIAL Y EL BUFETE DE ABOGADOS MCDERMOTT WILL & EMERY LLP..................................................................

En la ciudad de Malabo, Capital de la República de Guinea Ecuatorial, a quince días del mes de febrero de 2010 se reúnen:

Por una parte el Excmo. Señor Don Alejandro Evuna Owono Asangono, Ministro de Estado Encargado de Misiones, representando a Su Excelencia el Presidente de la República de Guinea Ecuatorial, en lo sucesivo denominado "Presidencia de la República";

Por otra, los señores Lanny J. Davis y Eileen M. O'Connor abogados de profesión, representando al Bufete McDermott, Will & Emery LLP (MWE).

Ambas partes se reconocen con las suficiente capacidad jurídica para suscribir el presente Contrato de Prestación de Servicios bajo las siguientes condiciones:

***//***

Los abogados principales de MWE responsables de la prestación de los Servicios serán Lanny J. Davis y Eileen M. O'Connor ("Davis-O'Connor") y otros abogados y empleados de MWE que ellos consideren necesarios. Davis-O'Connor podrán solicitar su autorización para contratar a consultores o entidades externas para ayudar en la prestación de los Servicios (ejemplos de los cuales figuran en el MOU), si bien los gastos que dicha prestación generen mas allá de los honorarios se pagarán solamente según su autorización expresa. También están dispuestos para trabajar con consultores adicionales que la Presidencia de la República contrate en Washington D.C. o en otros lugares. Todo el costo y los gastos de tales consultores serán pagados por la Presidencia de la República en los términos y condiciones que se acuerden. Los terceros son independientes y no agentes de MWE, de tal manera que MWE no asumirá ninguna responsabilidad por los servicios que proporcione cualquier tercero.

III. Reembolso de los Gastos Autorizados.

Además de los honorarios, la Presidencia de la República reembolsará a MWE los gastos ordinarios efectuados en virtud de la presente Acuerdo de Contratación sin su aprobación previa ("los gastos"). La Presidencia de la República se compromete también a pagar previamente el transporte, hotel y otros gastos imprevistos en relación con las visitas de MWE a Guinea Ecuatorial durante la vigencia del presente acuerdo de contratación y MWE se reserva el derecho a recibir el pre-pago de esos gastos antes de la salida.

***//***

I. <u>Generalidades:</u>

McDermott, Will & Emery LLP (MWE) tiene el honor de agradecer a la Presidencia de la República de Guinea Ecuatorial la decisión tomada, en nombre de la República de Guinea Ecuatorial, de contratar sus servicios para representar y asesorar al Presidente de la República y Jefe de Estado sobre asuntos de importancia para su País. MWE es una sociedad de responsabilidad limitada (Limited Liability Partnership-LLP) registrada en el Estado de Illinois (USA). Los términos de esta representación y asesoramiento se establecen en este Acuerdo de Contratación:

De conformidad con el Memorando de Entendimiento ("MOU") que figura adjunto y forma parte integrante del presente Acuerdo de Contratación, MWE proporcionará los servicios definidos en el mismo, a partir del día 15 de Febrero 2010 hasta el 31 de Enero 2011 ("Plazo").

II. Costo de los Servicios.

La Presidencia de la República ha ofrecido, y MWE acepta, su propuesta para pagar ha MWE una suma total de DOS MILLONES CINCUENTA Y CINCO MIL DÓLARES USA (2,055.000 USD) ("los honorarios") de acuerdo con el calendario de pagos de honorarios establecido más adelante.

***//***

IV. <u>Calendario de Pagos de Honorarios.</u>

La contratación comenzará en la fecha de la firma por la Presidencia de la República y se pagará con el calendario siguiente:

15 de Marzo de 2010..........513,750 USD
15 de Septiembre 2010........513,750 USD
15 de Marzo de 2011..........513,750 USD
15 de Septiembre de 2011....513,750 USD

Dichos pagos se abonarán por transferencia bancaria en las fechas indicadas y a la siguiente cuenta:

McDermott, Will & Emery LLP
MWE Master Account
Citibank N.A.
Attn: Lanny J. Davis
ABA #021000089
Codigo swift: C I T I U S 3 3
Dirección del Banco: 3999 Park Ave.
New York City, N.Y. 10043.

Este Acuerdo de Contratación no podrá ser rescindido sin causa, por cualquiera de las partes, en cualquier momento y sin previo aviso de al menos tres meses de antelación, salvo únicamente que se impongan restricciones según las normas profesionales Estadounidenses aplicables a la labor jurídica realizada como parte de esta Contratación.

***//***

### V. Complimiento de las Leyes y Reglamentos de los Estados Unidos y de La República de Guinea Ecuatorial.

Queda entendido y acordado que MWE hará todo lo que se determine que sea necesario, según su criterio propio, para cumplir con todas las leyes y reglamentos aplicables para prestar los Servicios definidos en el MOU. Del mismo modo MWE, a su discreción, se abstendrá de hacer todo lo que las leyes y reglamentos de los Estados Unidos y Guinea Ecuatorial exijan que MWE sus abogados y empleados, se abstengan de realizar así como cualquier acto prohibido por ley. Es entendido y acordado que nada de valor se ha intercambiado directa o indirectamente a fin de facilitar u obtener esta contratación, que no sea oferta de servicios profesionales a cambio del acuerdo para compensar los servicios según consta en este Acuerdo.

### VI. Informes Periódicos.

Periódicamente, por cada treinta (30) días, MWE informara a la Presidencia de la República el resultado de los Servicios prestados para su evaluación. La Presidencia de la República se reserva el derecho de pedir una actuación concreta en el marco de las prestaciones contenidas en este Acuerdo. Las evaluaciones deberán reflejar un cambio positivo en la imagen de Guinea Ecuatorial, en los Estados Unidos, de lo contrario, se suspendería la prestación de servicios por ineficacia.

***//***

VII. <u>Eliminación de Documentos.</u>

A menos que, al concluir esta contratación o antes, la Presidencia de la República proporcione instrucciones escritas a MWE para hacer lo contrario, MWE destruirá, después de que haya transcurrido un periodo razonable de tiempo, a su discreción los documentos (copias impresas, electrónicas y otros medios) y otros materiales que se encuentren en su poder relacionados con cualquier asunto respecto al cual sus servicios hayan terminado o hayan sido cancelados.

Junto con este Acuerdo se encuentra también el Memorando titulado *"Lo que los Clientes deben saber"* que esboza otros detalles de la contratación (*"Las Disposiciones Adicionales"*). La Presidencia de la República recurrirá a MWE para solicitar información sobre cualquier duda o inquietud en cualquier momento durante la vigencia del Acuerdo.

***//***

Convenido por ambas parte, firman el presente Acuerdo de Contratación de Servicios en el lugar y fecha antes mencionados.

Por la Presidencia de la República,

_____
Alejandro EVUNA OWONO

Por McDermott, Will & Emery LLP (MWE)

_____
LANNY J. DAVIS

_____
EILEEN M. O'CONNOR


# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Lanny J. Davis
Attorney at Law
ldavis@mwe.com
+1 202 756 8211

December 24, 2009

**Via Federal Express**

His Excellency President Teodoro Obiang Nguema Mbasogo
President of the Republic of Equatorial Guinea
Equatorial Guinea

Re:   Engagement Contract

Dear President Obiang:

McDermott Will & Emery LLP ("MWE") respectfully wishes to thank Your Excellency for engaging us on behalf of the Republic of Equatorial Guinea to represent you in your official capacity as President on matters of importance to your country. MWE is a limited liability partnership registered in the State of Illinois. The terms of our representation are set forth in this letter.

Pursuant to the Memorandum of Understanding ("MOU"), enclosed hereto and made a part of this Engagement Agreement, we will provide you with the Services, as therein defined for a term of twenty-four months ("the Term"), from January 1, 2010 through December 31, 2011.

You have offered, and we accept, your proposal to pay MWE a total of TWO MILLION, FIFTY-FIVE THOUSAND U.S. dollars (US$2,055,000) ("the Fees") over a schedule of 18 months ("the Schedule"), according to the Schedule of Fees set forth below.

The principal attorneys at MWE responsible for performance of the Services shall be Lanny J. Davis and Eileen M. O'Connor ("Davis-O'Connor") and such other attorneys and employees at MWE as they deem necessary. Davis-O'Connor may request your authorization to retain outside consultants or entities to assist in the performance of the Services (examples of which are referenced in the MOU), with additional expenses to be paid in addition to the Fees only upon your express authorization. They also agree to work with any additional consultants that you retain in Washington D.C. or elsewhere. The cost and expenses of all such consultants shall be paid by you upon such terms and conditions as may be agreed upon. Third-party consultants are independent and as such are not agents of MWE, which will bear no responsibility for the services rendered by such parties.

Reimbursement of Authorized Out-of-Pocket Expenses

In addition to the Fees, you agree to reimburse MWE for ordinary and necessary out-of-pocket expenses incurred under this Engagement Agreement without your prior approval ("Expenses.").

You also agree to pre-pay transportation, hotel, and other incidental expenses in connection with any MWE visits to Equatorial Guinea during the Term of this Agreement and MWE reserves the right to receive pre-payment of such expenses before departure.

Schedule of Fee Payments

The Engagement will commence on the Commencement Date, which shall be January 1, 2010 unless otherwise agreed to by both parties in writing. The Fees shall be paid in accordance with the following schedule:

January 15, 2010:    US$513,750

June 15, 2010:       US$513,750

January 15, 2011     US$513,750

June 15, 2011        US $513,750

Such payments shall be paid by wire on the above dates to the following account:

McDermott Will & Emery LLP
MWE Master Account
Citibank N.A.
Attn: Lanny J. Davis
ABA # 021000089
Swift Code: C I T I U S 33
Bank Address: 3999 Park Avenue
New York City, N.Y. 10043

This Engagement may be terminated without cause by either side at any time without prior notice, subject only to any restrictions that might be imposed by United States professional rules applicable to legal work to be performed as part of this engagement.

Compliance With All U.S. Laws and Regulations

It is understood and mutually agreed that MWE will do whatever is determined, in its discretion, is necessary to comply with all applicable laws and regulations to perform the Services as defined in the MOU. Similarly, MWE, in its discretion, will refrain from doing all that U.S. laws and regulations require that MWE and its lawyers and staff refrain from doing any and all acts prohibited by law. It is understood and agreed that nothing of value

His Excellency President Teodoro Obiang Nguema Mbasogo
December 24, 2009
Page Three

has been exchanged directly or indirectly to facilitate or obtain this Engagement other than our offer of professional services in exchange for the agreement to compensate such services as set forth here.

Disposal of Documents

Unless we are otherwise instructed by you in writing at or prior to the completion of the matter for which you have engaged us, we will, after a reasonable period of time has passed, at our discretion, dispose of documents (hard copies, electronic and any other media) and other materials that remain in our possession relating to a matter for which our services have been completed or terminated.

Accompanying this letter is also a document entitled "What Clients Should Know" (Addendum C) that outlines McDermott's other terms of engagement ("the Additional Arrangements"). If you have questions concerning any of the information presented here, or should you have a concern or question at any time during our representation, please call me. To confirm your assent with the terms of our representation, please sign the enclosed copy of this letter and return it to me.

Again, thank you for giving us the opportunity to serve you. We look forward to a long and mutually rewarding relationship with you.

Sincerely,

*Lanny J. Davis* 12/24/09

*Eileen M. O'Connor*

cc: Memorandum of Understanding and Addendums A, B, B1 and C


Agreed to and accepted (including the Memorandum of Understanding and Addendums A through C)


Agreed to by: _____
His Excellency President Teodoro Obiang Nguema Mbasogo


(Government Seal)